

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jul 6, 2026 10:09AM

MARK ANTHONY ORTEGA
152 BEDINGFIELD
SAN ANTONIO, TX 78231

| Rcpt. No: 11959 | | Trans. Date: Jul 6, 2026 10:09AM | | | Cashier ID: #KSCz (7460) | |
|---|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #1050 | 06/29/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments**: 5:26-cv-04215

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov