Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231

U.S. District Clerk's Office
262 West Nueva St, Room 1-400
San Antonio, TX 78207

JUL 01 2026
SCREENED BY CSO

RECEIVED

JUL 02 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK