**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva, Suite 1 - 400
San Antonio, Texas 78207

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE FRENCH
CHIEF DEPUTY

July 6, 2026

Mark Anthony Ortega
P.O. Box 702099
San Antonio, TX 78270

**RE: Case #   5:26-cv-04215-OG**

Dear Mr. Mark Anthony Ortega:

Your COMPLAINT was filed in our office on 7/2/2026 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By_KC_____
 Deputy Clerk