Name:    Mark Anthony Ortega

Address: 152 Bedingfeld Dr

San Antonio, TX 78231

Phone Number:  210-744-9663

Email Address:   mortega@utexas.edu

*Pro Se*

**FILED**

July 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **BT**

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Mark Anthony Ortega | CASE NUMBER |
| | 5:26-CV-04215-OLG |
| **PLAINTIFF(S)** v. | |
| Brookestone Funding Inc., a New York Corporation; Isaac Qubrusi, and individual; and John Does 1 through 8 | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| **DEFENDANT(S)** | |

As the  ☒ Plaintiff   ☐ Defendant     in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case.  I hereby affirm that:

1.  I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2.  I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3.  I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4.  I understand that I may not e-file on behalf of any other person in this case.

5.  I have regular access to the technical requirements necessary to e-file successfully:
    *Check all that apply.*

    ☑ A Computer with internet access.

    ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

    ☑ A scanner to convert documents that are only in paper format into electronic files.

    ☑ A printer or copier to create required paper copies such as chambers copies.

    ☑ A word-processing program to create documents; and

    ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  7/8/2026                                    Signature:     /s/ Mark Anthony Ortega